PENACHIO MALARA LLP
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

In re                                                          CHAPTER 11

      148 BAY 43rd, LLC,

                                                        CASE NO.: 25-12093-lgb

                                    Debtor.

-------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

**VINCENT CHIN**, hereby affirms as follows:

1.     I am the managing member of 148 Bay 43rd LLC, the debtor in the above-captioned Chapter 11 case (the "Debtor"). I submit this affirmation pursuant to Federal Rule of Bankruptcy Procedure 1007(d) and Local Bankruptcy Rule 1007-2. I have personal knowledge of the facts are circumstances relating to the Debtor.

2.     The Debtor owns the property at 148 Bay 43rd Street, Brooklyn, NY 11214 (the "Property").

3.     The Property is a multi-family residential building in the Bensonhurst section of Brooklyn, New York.

4.     The Debtor filed for Chapter 11 relief to stay the imminent seizure of the Property through a foreclosure sale by the mortgage holder, Wilmington Savings Fund Society, FSB as Trustee for OBX 2022-NQM9 Trust (the "Lender").

5. Unfortunately, I did not become aware of the foreclosure until the day of the sale. My time and attention had been diverted to addressing personal family matters.

6. I am in a financial position to begin making regular monthly payments to the Lender. I will also be able to cure the arrears over a reasonably short period of time.

7. The Property is worth approximately $2 million. It is my understanding that the Lender is only due approximately $1.5 million. As such, it is submitted that the Lender is adequately protected from loss.

8. I am committed to working diligently and responsibly to reorganize the Debtor.

9. The Debtor has the following regular monthly expenses:

    A. Con Ed - $200.00 (Tenants are separately metered)

    B. Water - $750.00

    C. Upkeep - $200.00

10. The monthly mortgage payment due to the Lender currently is in the range of $6,500.00. Property taxes and insurance are included in the payment.

11. There were difficulties in collecting rent. Such difficulties have been resolved. I anticipate that the Property will generate in the range of $8,000.00 a month.

12. The Debtor's goal in this Chapter 11 case is to continue to remain in control of the Property and satisfy the Lender through a payment, refinancing or restructuring of the loan. Pending same, the Debtor intends to make adequate protection payments to the Lender notwithstanding the significant equity in the property.

13. A list of creditors will be filed with the Court.

14. This case was not originally commenced as a Chapter 7 proceeding.

15. I will provide financial information to the Court within the next 14 days.

16. Other than the foreclosure proceeding, the Debtor is not a party to any other lawsuits.

Dated: White Plains, New York
September 25, 2025

Vincent Chin